76, 283-06

August 15, 2015

Honorable Court Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 20 2015

Abel Acosta, Clerk

RE: CAUSE NO. 35498-C : 33rd Judicial
District Court, Burnet, Texas

Dear Honorable Court Clerk:

On July 06, 2015, the 33rd Judicial District Court Clerk filed my actual innocence writ of habeas corpus along with some associated filings. The State answered timely; however, I have not received a copy of the Courts findings and conclusions which was to have been completed on August 10th, 2015 (the 35th day).

It is fair for me to mention that this is a subsequent writ and the trial court followed this very pattern when I filed my original writ, making me dependent on this court to send me a copy of the findings; which it did. I appologize but I am forced to once again request a copy from your office. Bear in mind that at this juncture, I am presuming the trial

Thank you for your assistance. If I need to send a stamped envelope, please let me know.

with sincere gratitude.

Steven Backstrom
TDCJ # 1657938
Clements Unit
9601 Spur 591
Amarillo, TX
79107